**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MORGAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:16-CV-00728** |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>NOTICE OF SETTLEMENT</u>

The Parties have reached a settlement in this case.  The Parties anticipate that they will finalize the settlement in the next 30 days, and that they will submit an Agreed Stipulation of Dismissal with Prejudice by April 7, 2017, or as otherwise directed by the Court.  Due to the settlement of the case, the parties ask that the action, including any upcoming deadlines, be abated, to ensure adequate time for the parties to sign releases.

Respectfully submitted,

/s/ *Eric K. Bowers*_____

Eric K. Bowers
State Bar No. 24045538
ebowers@thompsoncoe.com
Roger D. Higgins
State Bar No. 9601500
rhiggins@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas,
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8256
Telecopy:  (214) 871-8209

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

On March 8, 2017, a true and correct copy of this document was duly served pursuant to the Federal Rules of Civil Procedure upon Plaintiff's attorney of record.

James M. McClenny
J. Zachary Moseley
Derek Fadner
McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

_____
Eric K. Bowers