# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER MORGAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:16-CV-00728** |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE** | § | **(JURY TRIAL)** |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher Morgan and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

*/s/ Derek L. Fadner* (with permission)
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

        */s/ Eric K. Bowers*  
        Roger D. Higgins  
        State Bar No. 9601500  
        Eric K. Bowers  
        State Bar No. 24045538  
        Thompson, Coe, Cousins & Irons, LLP  
        Plaza of the Americas  
        700 N. Pearl Street, Twenty-Fifth Floor  
        Dallas, Texas  75201-2832  
        Telephone:  (214) 871-8200  
        Facsimile:  (214) 871-8209  
        rhiggins@thompsoncoe.com  
        ebowers@thompsoncoe.com  

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 4th day of April, 2017.

        */s/ Derek L. Fadner* (with permission)  
        Derek Fadner