# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CHRISTOPHER MORGAN, | § § § |
| v. | §  Civil Action No. 4:16-CV-00728 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § |

## ORDER OF DISMISSAL

Came on to be considered this day the Agreed Stipulation of Dismissal (Dkt. #19) jointly filed in this cause by Plaintiff Christopher Morgan ("Plaintiff") and Defendant Allstate Vehicle and Property Insurance Company ("Defendant") (collectively, the "Parties"). After considering the Agreed Stipulation of Dismissal and the agreement of the Parties expressed therein, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this the 13th day of April, 2017.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE